GAS 245D    (Rev. 04/23) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## Southern District of Georgia
## Savannah Division

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| Shahee Gordon | |
| | Case Number: 4:18CR00083-1 |
| | USM Number: 22532-021 |
| | William Dow Bonds |
| | Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory and standard conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | March 4, 2022 |

*See Page 2 for Additional Violations.*

The defendant is sentenced as provided in Page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The Court makes no finding as to Violation Number 2 and that violation is discharged.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec No.: 7991

August 7, 2023
Date of Imposition of Judgment

Defendant's Year of Birth: 1987

Signature of Judge

City and State of Defendant's Residence:

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

Savannah, Georgia

Aug. 10, 2023
Date

DEFENDANT: Shahee Gordon
CASE NUMBER: 4:18CR00083-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | You failed to report to the probation officer as instructed (standard condition). | April 12, 2023 |
| 4 | You committed another federal, state, or local crime (mandatory condition). | May 19, 2023 |
| 5 | You unlawfully possessed a controlled substance (mandatory condition). | May 19, 2023 |

DEFENDANT:      Shahee Gordon
CASE NUMBER:    4:18CR00083-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>18 months, to be served consecutively to any sentence imposed in the pending Chatham County Superior Court case.</u>

- ☒ The Court makes the following recommendations to the Bureau of Prisons:
  It is recommended that the defendant be given credit for all time served since May 19, 2023.

- ☒ The defendant is remanded to the custody of the United States Marshal.

- ☐ The defendant shall surrender to the United States Marshal for this district:
  - ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  - ☐ as notified by the United States Marshal.

- ☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - ☐ before 2 p.m. on _____ .
  - ☐ as notified by the United States Marshal.
  - ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:



Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL